**Frances M. CAUDILL, Movant, v. W. T. & Wm. STAFFORD, Opposed.**

Court of Appeals of Kentucky.

November 21, 1947.

W. J. Ward for movant.

M. O. Wheeler opposed.

PER CURIAM.

Appellant, and plaintiff below, sought to recover judgment against appellees for $193. Demurrer was sustained to the petition and it was dismissed. No motion was made in this court for an appeal, but if it had been the amount involved is below the appellate jurisdiction of this court. Wherefore, the appeal is dismissed.

**Mrs. W. F. ROBINSON, movant, v. David A. JOHNSON, opposed.**

Court of Appeals of Kentucky.

December 5, 1947.

Motion for an appeal from the Daviess Circuit Court. Money judgment for $446 as damages for violation of Regulation 139 promulgated by the Office of Price Administration.

Hubert Meredith for movant.

Claude E. Smith for opposed.

PER CURIAM.

Appeal denied; Judgment affirmed.

**Marie SKAGGS, Movant, v. COMMONWEALTH of Kentucky. Opposed.**

Court of Appeals of Kentucky.

December 5, 1947.

C. F. See, Jr. for movant.

Eldon S. Dummit, Attorney General, and Guy H. Herdman, Assistant Attorney General, for opposed.

PER CURIAM.

Appellant was convicted in the Lawrence circuit court for selling liquors in local option territory and punished by a fine of $100 and 30 days in jail. The motion for an appeal to this court is overruled and the judgment is affirmed.